UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>Defendant. | Case No. 1:21-cv-01615-NONE-HBK<br><br>ORDER TO TRANSFER VENUE<br><br>(Doc. No. 4) |

Pending is the Parties' Stipulation to Transfer Venue of this Action filed November 15, 2021. (Doc. No. 4). The Parties seek to have this action transferred from this Court to the United States District Court for the Southern District of Iowa, Central Division, where four similar cases are pending before the Honorable Rebecca Goodgame Ebinger because it is in the convenience of the parties and witnesses and is in the interests of justice. (*Id*. at 4). The Court finds transfer is proper. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391(b)(1).

ACCORDINGLY, it is ORDERED:

1. Pursuant to 28 U.S.C. § 1404 (a) the Court transfers this action to United States District Court for the Southern District of Iowa, Central Division.

2. The Clerk of Court shall forward all filings in this action to the Clerk of Court for the United States District Court for the Southern District of Iowa, Central Division and close this case in this Court.

Dated: November 17, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE